UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development) | : | |
| | : | CIVIL NO. 97-1138 (SEC) |
| Plaintiff | : | |
| | : | FORECLOSURE OF MORTGAGE |
| v. | : | |
| | : | |
| CARMEN G. RODRIGUEZ-MILLET, aka<br>CARMEN RODRIGUEZ-MILLET | : | |
| | : | |
| Defendant | : | |

**ORDER FOR CANCELLATION OF LIS PENDENS**

Upon motion by the plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real property described herein below by virtue of the Lis Pendens issued in this case, be canceled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Property Registrar of Arecibo, Section II, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

> - "SOLAR NUMERO TRES-A en la Urbanización Villa del Carmen, localizada en el barrio Pueblo de Hatillo, Puerto Rico, compuesto de TRESCIENTOS TREINTA Y NUEVE PUNTO SESENTA Y TRES METROS CUADRADOS. En lindes al Norte, en trece metros, con Carretera Municipal; Sur, en trece metros con dos centesimas, con el Solar Número Dieciocho-A; Este, en veinticinco metros con setenta y cinco centésimas, con el Solar Número Cuatro-A; y por el Oeste, en veintiseis metros con cincuenta centésimas, con el Solar Número Dos-A. Contiene una case de concreto y bloques que consta de cuatro dormitorios, sala comedor, cocina, dos baños y marquesina."



United States v. Carmen G. Rodriguez-Millet, aka
Carmen Rodriguez-Millent
Civil No. 97-1138(SEC)
Page 2

      OBSERVACION: Surge del Registro de la
      Propiedad que la cabida esta rectificada y se
      compone de trescientos dos punto y cero nueve
      metros cuadrados (302.09 m.c.).

Plaintiff's mortgage is recorded at page 80 volume 191 of Hatillo, property number 10,050, 1ra inscription at the Registry of the Property of Arecibo, Section II, Puerto Rico.

Lis Pendens recorded at the Property Registry of Arecibo, Section II, at page 82, volume 191 of Hatillo, Annotation "A", upon the property number 10,050 subject of this action.

At San Juan, Puerto Rico, this _19_ day of January, 2000.

                                          [signature]
                                    UNITED STATES DISTRICT JUDGE

[Seal: SALVADOR E. CASELLAS · U.S. DISTRICT JUDGE]